474 A.2d 650

Commonwealth v. Clayton, Appellant.

Submitted November 4, 1983. Mario F. Driggs, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgments of sentence are affirmed.